## ADNA MERRITT *versus* THOMAS PALMER
## AND BECKLEY ROWLEY

JOURNAL ENTRIES (1824–29): *Journal 3:* (1) Appearance, bail waived, rule to declare and to plead *p. 481. *Journal 4:* (2) Continued MS p. 121; (3) continued MS p. 185; (4) damages remitted, judgment for costs MS p. 259.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of nil debet.

*1824–36 Calendar*, MS p. 7.

## JAMES ABBOTT *versus* WILLIAM HANDS

JOURNAL ENTRIES (1824–31): *Journal 3:* (1) Rule to declare and to plead *p. 481. *Journal 4:* (2) Continued MS p. 12; (3) continued MS p. 94; (4) continued under rule of reference MS p. 230; (5) rule of reference extended MS p. 278; (6) reference MS p. 322; (7) continued MS p. 413; (8) continued MS p. 449.

PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) appearance; (4) declaration; (5) plea of non assumpsit and notice of set off; (6) notice of taking deposition; (7) precipe for subpoena; (8) subpoena; (9) deposition of Samuel Abbott; (10) venire facias and return; (11) stipulation for reference; (12) names of referees; (13) stipulation for extension of rule of reference; (14) statement of accounts.

*1824–36 Calendar*, MS p. 14.